FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 30 2008

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY GENE HEGGEM,<br><br>   Plaintiff,<br><br>v.<br><br>BRANDON KELLEY,<br><br>   Defendant. | NO. CV-07-258-LRS<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Stipulated Motion for Dismissal signed by the parties, does hereby find and ORDER:

Plaintiff's Complaint is dismissed with Prejudice.

DATED this 30 date of October, 2008.

_____
HONORABLE LONNIE R. SUKO
United States District Judge

Presented by:

*Mary C. McLachlan*

MARY C. MCLACHLAN, WSBA #34178
Assistant Attorney General
Attorney for Defendant

ORDER OF DISMISSAL
NO. CV-07-258-LRS

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123